IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY TAYLOR** | : | **CIVIL ACTION NO. 1:14-CV-140** |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| **USP-ALLENWOOD, et al.** | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a January 29, 2014 Report and Recommendation of the Magistrate Judge.   No timely objections have been filed.

Accordingly, this 20th day of February, 2014, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Plaintiff's complaint is dismissed without prejudice to plaintiff endeavoring to correct the defects cited in the report, provided that the plaintiff acts within 20 days of the date of this order.

3) If Plaintiff does not file an amended complaint within 20 days of the date of this order, the Clerk of Court is directed to close the case.

4) If Plaintiff files an amended complaint within 20 days of the date of this order, all further proceedings in this matter are referred to Magistrate Judge Carlson.

                                              s/ Yvette Kane
                                              YVETTE KANE, District Judge
                                              United States District Court